SEVENTY-SECOND STREET CORPORATION, Appellant, v. HOWARD V. WILLIAMS and Others, Defendants; ABRAHAM J. HALPRIN and Others, Respondents.— Order modified by reducing the allowances therein provided for to an aggregate amount of $3,000, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BESSIE A. LAMONTAGNE, Plaintiff, v. WILLIAM A. LAMONTAGNE, Appellant, WILLIAM H. MORGAN and Another, Defendants. BIJUR & HERTS, Attorneys of Record for the Plaintiff, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. COMMONWEALTH OF PENNSYLVANIA, as Trustee for McCLINTIC-MARSHALL COMPANY and All Other Unpaid Persons Who Furnished Material and Performed Labor in the Prosecution of a Certain Public Work, Appellants; THOMAS F. BEHAN, Superintendent of Insurance, as Liquidator of EQUITABLE CASUALTY AND SURETY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH DUNHUBER and Others, Respondents, v. PYRAMID BOND, MORTGAGE AND SECURITIES CORPORATION and Others, Appellants, Impleaded with Others.— Order so far as it grants motion for examination of defendants before trial, and for production of books, etc., reversed, with twenty dollars costs and disbursements, and said motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Voluntary Dissolution of the CITY COMPANY OF NEW YORK, INCORPORATED (Formerly Known as THE NATIONAL CITY COMPANY). ROBERT J. SEYMOUR, Appellant; GEORGE D. BUCKLEY and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LEOTA TEEL, Appellant, v. BLAISE COCHEO, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES HUMBERT, Respondent, v. IRENE MAE HUMBERT, Appellant.— Order so far as appealed from affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE PATTERSON, Respondent, v. JOHN BOCKEL, Acting Warden of the City Prison, New York City. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes to reverse and dismiss the writ.

RAISLER HEATING COMPANY, Respondent, v. WILLIAM J. TAYLOR COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.